DAVID L. ANDERSON (CABN 149604)
United States Attorney
KIMBERLY FRIDAY (MABN 660544)[1]
Deputy Chief, Civil Division
ELLEN LONDON (NYRN 4605671)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7288
    Fax: (415) 436-7169
    ellen.london@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. YUXIN "JAY" FANG,<br><br>    Plaintiff,<br><br>v.<br><br>FORTINET INC. and ARROW ENTERPRISE COMPUTING SOLUTIONS INC.,<br><br>    Defendants. | CASE NO. 16-CV-314 JSC<br><br>NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT; NOTICE OF DECLINATION AS TO ONE DEFENDANT; [PROPOSED ORDER] TO UNSEAL<br><br>**FILED UNDER SEAL** |

1.    The United States, Relator and Defendant Fortinet Inc. ("Fortinet") have reached an agreement to resolve this action. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in this action for the purposes of settlement. Specifically, the United States intervenes in this action with respect to civil claims predicated upon the following factual allegations (the "Covered Conduct"):

> During the period between January 1, 2009 and the fall of 2016, a Fortinet employee who was responsible for supply chain management (the "Responsible Employee"), who has since been terminated, directed that the labels be changed on certain products to make the products appear compliant with the [Trade Agreement Act ("TAA")]. Specifically, the Responsible Employee directed certain employees and contractors to change the labels such that there was no country of origin listed or to include the phrases "Designed in the

---

[1] Civil Chief Sara Winslow is not supervising this case due to a conflict.

NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND OF DECLINATION; [PROPOSED] ORDER
16 CV 314 JSC

United States and Canada," or "Assembled in the United States." The Responsible Employee's actions involved products sold to certain distributors that subsequently sold them to resellers, which in turn sold a portion of them to U.S. government end users. While Fortinet believes that some of the products at issue may have been compliant with the TAA, the Responsible Employee's actions were in clear violation of well-established company policy. Upon learning of the Responsible Employee's unauthorized actions, Fortinet promptly placed him on leave of absence while the company conducted an internal investigation with the assistance of outside counsel. Subsequent to the conclusion of this investigation, the company terminated the employment of the Responsible Employee.

2. The United States respectfully requests that the Complaint, the Amended Complaint, the Summons, the Case Scheduling Order, and the United States' Notice of Intervention for Purposes of Settlement and Proposed Order to Unseal be unsealed. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

3. Under the terms and conditions of a settlement agreement among the parties, the Parties will file a Stipulation of Dismissal in this action following the payment of the settlement amount.

4. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action as to Arrow Enterprise Computing Solutions Inc.

5. Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id*. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of all

1  pleadings filed in the action.  Accordingly, the undersigned Government counsel will file a Notice of
2  Appearance for the purpose of receiving ECF notifications of filings in this case.  The United States
3  reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a
4  later date.  The United States also reserves its right to seek the dismissal of the relator's action or claim
5  pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C.
6  § 3730(c)(4).

8  DATED: April 8, 2019                                  Respectfully submitted,

                                                          DAVID L. ANDERSON
                                                          United States Attorney

                                                          ELLEN LONDON
                                                          Assistant United States Attorney

NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND OF DECLINATION; [PROPOSED] ORDER
16 CV 314 JSC

## [PROPOSED] ORDER TO UNSEAL

The United States having intervened in this action as to Fortinet Inc. for purposes of settlement pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The seal shall be lifted upon Relator's Complaint, the Amended Complaint, the Summons, the Case Scheduling Order, the United States' Notice of Intervention for Purposes of Settlement and Proposed Order to Unseal, this Order to Unseal, and any subsequent filings in this case.

2. All other papers or Orders on file in this matter shall remain under seal except to the extent unsealed or authorized to be unsealed by prior or subsequent Order of this Court.

3. Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and

4. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED.

Dated: _____        _____
                                       JACQUELINE SCOTT CORLEY
                                       UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT; NOTICE OF DECLINATION AS TO ONE DEFENDANT; [PROPOSED ORDER] TO UNSEAL**

**FILED UNDER SEAL**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **ELECTRONIC MAIL**

____ **FEDERAL EXPRESS**

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

H. Vincent McKnight, Jr.
Sanford Heisler Kimpel, LLP
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 8, 2019 at San Francisco, California.

_____
BONNY WONG
Legal Assistant