UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 16-cv-00314-JSC |
| Plaintiffs, | *SEALED* |
| v. | **CERTIFICATE OF SERVICE** |
| FORTINET INC., et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ellen  London
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

H. Vincent McNight, Jr.
Sanford Heisler Kimpel LLP
111 Sutter St.
Suite 975
San Francisco, CA 94104

Dated: April 11, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

United States District Court
Northern District of California