OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

H. Vincent McKnight
Sanford Heisler Kimpel LLP
111 Sutter St. Ste 975
San Francisco, CA 94104

DAVID L. ANDERSON (CABN 149604)
United States Attorney
KIMBERLY FRIDAY (MABN 660544)[1]
Deputy Chief, Civil Division
ELLEN LONDON (NYRN 4605671)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7288
    Fax: (415) 436-7169
    ellen.london@usdoj.gov

Attorneys for the United States of America

FILED
APR 08 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. YUXIN "JAY" FANG,<br><br>    Plaintiff,<br><br>v.<br><br>FORTINET INC. and ARROW ENTERPRISE COMPUTING SOLUTIONS INC.,<br><br>    Defendants. | CASE NO. 16-CV-314 JSC<br><br>STIPULATION OF THE UNITED STATES AND RELATOR FOR ENLARGEMENT OF TIME; [~~PROPOSED~~] ORDER<br><br>**FILED UNDER SEAL** |

    The United States of America and Relator Yuxin "Jay" Fang ("Relator"), through their undersigned counsel of record, hereby stipulate and request that the Court enlarge by 3 days, until April 8, 2019, the period during which the United States may elect to intervene in the above-captioned False Claims Act *qui tam* action, or to notify the Court that it declines to do so, and during which period the complaint and other filings shall remain under seal.

    1. This case was filed on January 20, 2016, by Relator pursuant to the *qui tam* provisions of the federal False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33. These provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b).

---

[1] Civil Chief Sara Winslow is not supervising this case due to a conflict.

STIP FOR ENLARGEMENT OF TIME; [~~PROPOSED~~] ORDER
16 CV 314 JSC
1

2. This stipulation is being filed *ex parte* and under seal pursuant to the FCA. It is not being served on the defendants, as the case is under seal and the defendants have not yet been served in this case. This filing is being served on Relator.

3. The seal currently expires today, Friday, April 5, 2019. The parties have negotiated an agreement to resolve this matter, and expected that the agreement would be executed by today, at which point the United States would file a notice of intervention for purposes of settlement. However, Relator is unexpectedly unable to sign the agreement today. Accordingly, the United States now seeks a three-day extension of the seal, until and including Monday, April 8, 2019, to finalize the settlement. Relator concurs in this request.

A proposed order accompanies this request.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: __April 5__, 2019      By: _/s/ Ellen London_
ELLEN LONDON
Assistant United States Attorney

Attorneys for the United States

SANFORD HEISLER KIMPEL, LLP

Dated: __April 5__, 2019      By: _/s/ H. Vincent McKnight_
H. VINCENT McKNIGHT, JR.
JOHN McKNIGHT
QIAOJING ZHENG
Attorneys for Relator Yuxin "Jay" Fang

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attest that we have conferred with the listed counsel regarding this filing, and the listed counsel have represented that they concur in the filing of this document and that we are authorized to sign it on their behalf.

DATED: April 5, 2019

DAVID L. ANDERSON
United States Attorney

*/s/ Kimberly Friday*
KIMBERLY FRIDAY
ELLEN LONDON
Assistant United States Attorneys

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

1. The United States shall have up to and including April 8, 2019, to inform the Court of its decision whether to intervene in this action.

2. This matter shall otherwise remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: _____, 2019

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIP FOR ENLARGEMENT OF TIME; ~~PROPOSED~~ ORDER
16 CV 314 JSC                                4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

FORTINET INC., et al.,

Defendants.

Case No. 16-cv-00314-JSC
*SEALED*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ellen London
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

H. Vincent McNight, Jr.
Sanford Heisler Kimpel LLP
111 Sutter St.
Suite 975
San Francisco, CA 94104

Dated: April 10, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY