1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  KIMBERLY FRIDAY (MABN 660544)[1]
   Deputy Chief, Civil Division
3  ELLEN LONDON (NYRN 4605671)
   Assistant United States Attorney

       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7288
       Fax: (415) 436-7169
       ellen.london@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. YUXIN "JAY" FANG, <br><br> Plaintiff, <br><br> v. <br><br> FORTINET INC. and ARROW ENTERPRISE COMPUTING SOLUTIONS INC., <br><br> Defendants. | CASE NO. 16-CV-314 JSC <br><br> JOINT STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER |

---

[1] Civil Chief Sara Winslow is not supervising this case due to a conflict.

STIPULATION OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER
16-314 JSC

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all of the terms and conditions of the settlement agreement among the United States, Relator, and Fortinet, Inc., effective April 7, 2019 (the "Settlement Agreement"), the United States and Relator Yuxin "Jay" Fang ("Relator"), hereby stipulate, through their undersigned counsel, as follows:

1. As to the United States, the claims against Defendant are dismissed (a) with prejudice as to the Covered Conduct released in the Settlement Agreement, subject to all of the terms of the Settlement Agreement, and (b) without prejudice as to any other claims.
2. As to Relators, all claims against Defendant are dismissed with prejudice, subject to all of the terms of the Settlement Agreement.
3. A copy of the Settlement Agreement will be provided to the Court upon request.

**IT IS SO STIPULATED**

DATED: April 18, 2019                                   Respectfully submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

                                                        /s Ellen London[2]
                                                        ELLEN LONDON
                                                        Assistant United States Attorney


DATED: April 18, 2019                                   SANFORD HEISLER SHARP LLP


                                                        s/ Vincent McKnight
                                                        Vincent McKnight
                                                        John McKnight
                                                        Attorneys for Relator

---

[2] I, Ellen London, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatories listed here.

STIPULATION OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER
16-314 JSC

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court directs the Clerk to close this case pursuant to the settlement agreement between the parties.

**IT IS SO ORDERED.**

This _____ day of _____, 2019.

                                        _____
                                        JACQUELINE SCOTT CORLEY
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER
16-314 JSC